GIAMBRONE, APPELLEE, *v.* BERGER, APPELLANT, ET AL.

[Cite as Giambrone *v.* Berger (1991), 57 Ohio St. 3d 601.]

(No. 89-1726—Submitted November 13, 1990—Decided January 2, 1991.)

*James R. Kirkland & Associates, James R. Kirkland* and *Elaine M. Stoermer,* for appellee.

*Rendigs, Fry, Kiely & Dennis, Lawrence E. Barbiere* and *Emmett R. Moore,* for appellant.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS and RESNICK, JJ., concur.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent and would affirm the judgment of the court of appeals.

MARK, APPELLANT, *v.* MELLOTT MANUFACTURING COMPANY, INC.; FRICK COMPANY, APPELLEE.

[Cite as Mark *v.* Mellott Mfg. Co. (1991), 57 Ohio St. 3d 601.]

(No. 89-1913—Submitted November 20, 1990—Decided January 2, 1991.)

*Stewart Jaffy & Associates Co., L.P.A.,* and *Stewart R. Jaffy; Frank A. Ray Co., L.P.A.,* and *Frank A. Ray,* for appellant.

*Porter, Wright, Morris & Arthur, Patrick J. Smith* and *Joyce D. Edelman,* for appellee.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., and HOLMES, J., dissent and would affirm the judgment of the court of appeals.

DOUGLAS, J., dissents.